IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT GEORIGI, et al., | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | NO. 07-5509 |
| | : | |
| v. | : | |
| | : | |
| RECON AUTOMOTIVE REMANUFACTURERS, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 7th day of May, 2009, upon consideration of Plaintiffs' Motion for Class Certification and for Appointment of Class Counsel (Doc. No. 9), it is hereby ORDERED as follows:

1. Plaintiff's Motion is GRANTED for the reasons set forth in the accompanying memorandum.

2. The above-captioned matter shall be maintained as a class action in accordance with Federal Rule of Civil Procedure 23 on behalf of the following class of plaintiffs:

> All employees of Recon Automotive Remanufacturers ("Recon") who were terminated without cause as part of, or as a result of, plant shutdowns and/or mass layoffs that took place between February 1, 2007, and August 31, 2007, at Recon's plant in southwest Philadelphia, Pennsylvania, and who were not given sixty (60) days prior notice of termination.

3. The class claims consist of violations of the Worker Adjustment & Retraining Notification Act ("WARN"), 29 U.S.C. § 2104(a)(1), and Philadelphia Code §§

9-1501 - 9-1504, which regulates businesses regarding Notification of Intention to Close or Relocate Operations.

4. Plaintiffs Robert Georigi, Sopheap Pen, Willie Roberson, Thoeun Rueun, and Thomas Drye are certified as class representatives.

5. Jonathan Walters, Esq. and Paula R. Markowitz, Esq. of Markowitz & Richman and Janet Ginzberg, Esq. and Brendan Lynch, Esq. of Community Legal Services, Inc. are appointed to serve as class counsel.

6. Plaintiffs shall submit to the court a proposed form of notice to the class by June 5, 2009. The notice to class members must include all the requirements of Federal Rule of Civil Procedure 23(c)(2)(B).

BY THE COURT:

S/ C. Darnell Jones II
                J.